MINUTE ENTRY
DOSSIER, M.J.
February 11, 2026
COURT REPORTER: Alexis Vice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD BRUCE | CIVIL ACTION |
| VERSUS | NO. 24-2792 |
| HALLIBURTON ENERGY SERVICES, INC. | SECTION: "A" (3) |

PRESENT FOR:

*Plaintiff:* Megan Misko, Richard Bruce

*Defendant:* Daniel Dysart, Monica Bergeron

Following the settlement conference, counsel advised that negotiations were successful, resulting in the settlement of all claims The material terms of the CONFIDENTIAL settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution. The U.S. District Judge's chambers have been notified.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:07